UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEN NO SHIAO,

      Plaintiff,

          -against-

ADTN INTERNATIONAL Ltd. and
BRITTANY SHIRLEY,

      Defendants.

Case No. 26-cv-02996-MKV

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of

Defendants ADTN International Ltd. and Brittany Shirley, ("Defendants") in the above-

captioned action.  Contact information for the undersigned counsel for Defendants is as follows:

William J. Anthony
Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022
212.583.9600
wanthony@littler.com

      Please enter this appearance on the Court's docket and electronically notify the

undersigned of all filings, notices, motions, etc. at the email address listed above.

Dated:  April 15, 2026
       New York, New York

LITTLER MENDELSON, P.C.

By: _____

William J. Anthony
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022.3298
Telephone: 212.583.9600
Facsimile: 212.832.2719
wanthony@littler.com

Attorneys for Defendants ADTN
International Ltd. and Brittany Shirley