# SONA LEGAL

*Phone:*    *215.650.7982*

*Email:*    *asima@sonalegalphl.com*

June 24, 2026

**VIA ECF ONLY**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

      **Re:**    **Shiao v. ADTN International Ltd. et al, No. 1:26-cv-02996-MKV**

Dear Judge Vyskocil,

Pursuant to your individual rules of practice, we write on behalf of our clients ADTN International Ltd. ("ADTN") and Brittany Shirley (collectively "Defendants") to respectfully request that the Court grant Defendants until July 15, 2026 to respond to Plaintiff's First Amended Complaint, which is currently due on June 29, 2026. This is Defendants' first request for an extension of time and it is being made due to scheduling conflict with co-counsel's previously scheduled vacation. Plaintiff's counsel consents to the proposed extension.

Thank you for consideration of this request. Please feel free to contact the undersigned directly with any questions.

Very truly yours,

Asima J. Ahmad

cc:    William J. Anthony, Esq. (*via e-mail only*)
Tiffany Ma, Esq. (*via e-mail only*)